JOHN H. FALCONER, Guar. of Jos. E. WORKMAN, *vs.* FRED. REGELIER, Next Friend of Jos. E. WORKMAN.

No appeal lies from an order of the orphans court directing a guardian to bring the money belonging to his ward into court, it being a matter in the *discretion* of said court.

APPEAL from the Orphans Court of Baltimore county.

The orphans court, upon petition of the appellee, ordered the appellant to bring into court all the money in his hands belonging to his ward. From this order the guardian appealed.

The cause was argued before LE GRAND, C. J., TUCK and MASON, J.

*Coleman Yellott* for the appellant, argued, that the orphans court was not authorised by any act of Assembly to pass the order appealed from.

*James M. Buchanan* for the appellee, argued, that no appeal will lie from such an order:—1st, because the appellant is not injured thereby, and 2nd, because it is a matter entirely *in the discretion* of the orphans court.

TUCK, J., delivered the opinion of this court.

This appears to be a proceeding under the act of 1831, ch. 315, sec. 5, to compel a guardian to bring money into court to be invested.

We have decided, in the appeal of *Shipley*, 4 *Md. Rep.*, 496, that the decision of such questions is submitted to the discretion of the orphans courts, and that an appeal will not lie from their action on such applications.

*Appeal dismissed.*